USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERNON C. DAILEY, on behalf of himself and all others similarly situated, ) ) ) | ECF Case |
| ) | Case No. 09 Civ. 0851 (DC) |
| Plaintiff, ) ) | ORDER GRANTING PLAINTIFFS MARGARET STRICKER AND |
| vs. ) ) | MICHAEL ANDREWS LEAVE TO FILE SUPPLEMENTAL REQUEST |
| BANK OF AMERICA CORP. et al., ) ) ) | FOR JUDICIAL NOTICE |
| Defendants. ) ) | |
| This Document Relates To: ) ) | |
| All ERISA Actions ) ) | |

Having considered the request of Plaintiffs Margaret Stricker and Michael Andrews and having found good cause, the Court grants them leave to file a supplemental request for judicial notice, together with a copy of Defendant Bank of America Corp.'s Form 8-K, filed with the U.S. Securities and Exchange Commission on May 8, 2009.

SO ORDERED.

Dated: New York, New York
       May 14, 2009

_____
HON. DENNY CHIN
United States District Judge